**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| LEO MAY, | ) | |
| | ) | |
| Plaintiff | ) | **Case No.: 1:14-cv-00226** |
| | ) | |
| v. | ) | |
| | ) | **APPLICATION FOR** |
| VIRTUOSO SOURCING GROUP, INC., | ) | **ENTRY OF DEFAULT** |
| | ) | |
| | ) | |
| Defendant | ) | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK**

Plaintiff, Leo May, requests that the Clerk of this Court enter default of Defendant, Virtuoso Sourcing Group, Inc., for failure to plead or otherwise defend in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure. This request is based on the attached Affirmation of Craig Thor Kimmel, Esquire, which shows:

1.  Plaintiff sued the Defendant for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*. See Docket Entry 1.

2.  Defendant was served with a summons and complaint on May 30, 2014. See Docket Entry 4.

3. The Proof of Service filed with this Court on June 27, 2014, establishes that service was proper pursuant to the Federal Rules of Civil Procedure. <u>See</u> Docket Entry 4.

4. Defendant has failed to plead or otherwise respond to the complaint. <u>See</u> Affirmation of Craig Thor Kimmel.

5. The applicable time limit for responding has expired.

6. Defendant is not an incompetent person, minor, or in the military. <u>See</u> Affirmation of Craig Thor Kimmel.

                                              RESPECTFULLY SUBMITTED,

                                              By: <u>/s/ Craig Thor Kimmel</u>
                                                   Craig Thor Kimmel
                                                   Kimmel & Silverman, P.C.
                                                   1207 Delaware Avenue
                                                   Suite 440
                                                   Buffalo, NY 14209
                                                   Tel: (716) 332-6112
                                                   Fax: (800) 863-1689

DATED: July 17, 2014              Email: kimmel@creditlaw.com