**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEO MAY, | ) |
| | ) |
| Plaintiff | ) **Case No.: 1:14-cv-00226** |
| | ) |
| v. | ) |
| | ) **APPLICATION FOR** |
| VIRTUOSO SOURCING GROUP, INC., | ) **ENTRY OF DEFAULT** |
| | ) |
| Defendant | ) |

**AFFIRMATION IN SUPPORT OF REQUEST TO ENTER DEFAULT OF
VIRTUOSO SOURCING GROUP, INC. PURSUANT
<u>TO FED. R. CIV. P. 55(a)</u>**

Craig Thor Kimmel states that the following are true and correct under penalties of perjury:

1. I am an attorney for Plaintiff in this action.

2. On May 30, 2014, Virtuoso Sourcing Group, Inc. ("Virtuoso") was properly served the summons and complaint. <u>See</u> Docket Entry 4.

3. On June 27, 2014, the Proof of Service was filed with the Court. <u>See</u> Docket Entry 4.

4. Virtuoso has failed to serve and file an answer to the Complaint or otherwise respond to the Complaint.

5. Under Rule 12(a)(1) of the Federal Rules of Civil Procedure, the time limit for responding to the Complaint has now expired, and the time has not been extended by an stipulation of the parties or any Order of the Court.

6. Virtuoso could not be an infant, incompetent, or in the military service because it is a business entity.

DATED: July 17, 2014

By: /s/ Craig Thor Kimmel
Craig Thor Kimmel
Kimmel & Silverman, P.C.
1207 Delaware Avenue
Suite 440
Buffalo, NY 14209
Tel: (716) 332-6112
Fax: (800) 863-1689
Email: kimmel@creditlaw.com