# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEO MAY, ) | |
| ) | |
| Plaintiff ) | **Case No.: 1:14-cv-00226** |
| ) | |
| v. ) | |
| ) | |
| VIRTUOSO SOURCING GROUP, ) | |
| INC., ) | |
| ) | |
| Defendant ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I served a copy of the foregoing Application for Entry of Default and Affirmation of Craig Thor Kimmel were served on the following person via U.S. Mail:

Virtuoso Sourcing Group, Inc.
3033 South Parker Road, Suite 1000
Aurora, CO 80014-2919

/s/ Craig Thor Kimmel
Craig Thor Kimmel
Kimmel & Silverman, P.C.
1207 Delaware Avenue
Suite 440
Buffalo, NY 14209
Tel: (716) 332-6112
Fax: (800) 863-1689
DATED: July 17, 2014        Email: kimmel@creditlaw.com

- 1 -