## United States District Court
## Western District of New York

| | | |
|---|---|---|
| LEO MAY, | Plaintiff, | |
| | | Case No.: 1:14-CV-226 |
| V. | | |
| VIRTUOSO SOURCING GROUP, INC. | Defendant | |

**ENTRY OF DEFAULT**

IT APPEARING THAT DEFENDANT:

VIRTUOSO SOURCING GROUP, INC.

IS IN DEFAULT FOR FAILURE TO APPEAR OR OTHERWISE DEFEND AS REQUIRED BY LAW.  DEFAULT IS HEREBY ENTERED AS AGAINST SAID DEFENDANT ON THIS 18th DAY OF JULY, 2014.

MICHAEL J. ROEMER, CLERK

By: s/Colleen M. Demma
Deputy Clerk