*Kimmel and Silverman, P.C.*

**All Time for Selected File:**

**May, Leo v Virtuoso Sourcing Group**

Matter Id : 13-00732 NYWD - ALB

Today's Date:   10/13/2014          Client Id : 10-00358

| Date | Timekeeper | Task & Description | Original Time | Reduced Time | Original Rate | Reduced Rate | Original Amount | Reduced Amount |
|---|---|---|---|---|---|---|---|---|
| Dec 31, 2013 | Angela K Troccoli | Interview with PNC about claim (.6), prepare & review forms and additional supporting documentation relevant to claim (.5); draft LOR and sent to Remy to send out (0.1) | 1.2 | 1.2 | $300.00 | $200.00 | $360.00 | $240.00 |
| Dec 31, 2013 | Remy Raevsky | Send out letter of representation/cease and desist letter | 0.1 | 0.1 | $180.00 | $100.00 | $18.00 | $10.00 |
| Mar 24, 2014 | Tara L. Patterson | Email exchange with client re status | 0.2 | 0.2 | $300.00 | $200.00 | $60.00 | $40.00 |
| Mar 31, 2014 | Craig Thor Kimmel | Review file, draft complaint, email exchange with client re confirmation of facts | 1.0 | 1.0 | $425.00 | $225.00 | $425.00 | $225.00 |
| Mar 31, 2014 | Tara L. Patterson | Email from CTK to review draft complaint, Review file, Review and Revise complaint, Email to CTK re same | 0.6 | 0.6 | $300.00 | $200.00 | $180.00 | $120.00 |
| Mar 31, 2014 | Craig Thor Kimmel | Email revised complaint to client for review, Review response | 0.2 | 0.2 | $425.00 | $225.00 | $85.00 | $45.00 |
| Mar 31, 2014 | Craig Thor Kimmel | Email CV to file complaint | 0.1 | 0.1 | $425.00 | $225.00 | $42.50 | $22.50 |
| Mar 31, 2014 | Christine Vargas | Email from CTK to file complaint | 0.1 | 0.1 | $165.00 | $80.00 | $16.50 | $8.00 |
| Mar 31, 2014 | Christine Vargas | EXPENSE - Complaint filing fee | | | | | $400.00 | $400.00 |
| Mar 31, 2014 | Christine Vargas | Filed complaint | 0.3 | 0.3 | $165.00 | $80.00 | $49.50 | $24.00 |

| Date | Name | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mar 31, 2014 | Craig Thor Kimmel | Review of ECF email re complaint (NOT BILLED) | 0.1 | 0.0 | $425.00 | $225.00 | $42.50 | $0.00 |
| Mar 31, 2014 | Craig Thor Kimmel | Review of ECF email re case assignment (NOT BILLED) | 0.1 | 0.0 | $425.00 | $225.00 | $42.50 | $0.00 |
| Mar 31, 2014 | Craig Thor Kimmel | Review ECF re notification of right to consent, Review same | 0.1 | 0.1 | $425.00 | $225.00 | $42.50 | $22.50 |
| Mar 31, 2014 | Craig Thor Kimmel | Review of ECF re referral to mediation, Review ADR Plan on court's website | 0.1 | 0.1 | $425.00 | $225.00 | $42.50 | $22.50 |
| Mar 31, 2014 | Craig Thor Kimmel | Review of ECF re summons issued (NOT BILLED) | 0.1 | 0.0 | $425.00 | $225.00 | $42.50 | $0.00 |
| May 5, 2014 | Amy L. Bennecoff | Email to CV re service | 0.1 | 0.1 | $300.00 | $200.00 | $30.00 | $20.00 |
| May 5, 2014 | Christine Vargas | Email to process server re service | 0.1 | 0.1 | $165.00 | $80.00 | $16.50 | $8.00 |
| May 7, 2014 | Christine Vargas | Call with process server re service | 0.1 | 0.1 | $165.00 | $80.00 | $16.50 | $8.00 |
| May 13, 2014 | Christine Vargas | Mailed Complaint w/check to Process Server | 0.1 | 0.1 | $165.00 | $80.00 | $16.50 | $8.00 |
| May 13, 2014 | Christine Vargas | EXPENSE - Service Fee | | | | | $65.00 | $65.00 |
| May 15, 2014 | Amy L. Bennecoff | Email exchange with client re status | 0.2 | 0.2 | $300.00 | $200.00 | $60.00 | $40.00 |
| May 27, 2014 | Christine Vargas | Recd correspondence from process server re address for DEF, Email to ALB re same | 0.1 | 0.1 | $165.00 | $80.00 | $16.50 | $8.00 |
| May 28, 2014 | Christine Vargas | Email to process server re service | 0.1 | 0.1 | $165.00 | $80.00 | $16.50 | $8.00 |
| Jun 3, 2014 | Christine Vargas | Emailed LG for another $65 for Process server Condello & Assoc (NOT BILLED) | 0.1 | 0.0 | $165.00 | $80.00 | $16.50 | $0.00 |
| Jun 4, 2014 | Christine Vargas | EXPENSE - Service Fee | | | | | $65.00 | $65.00 |

| Date | Person | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Jun 11, 2014 | Christine Vargas | Emailed process server for update | 0.1 | 0.1 | $165.00 | $80.00 | $16.50 | $8.00 |
| Jun 17, 2014 | Amy L. Bennecoff | Receipt of proof of service, Give to CV | 0.1 | 0.1 | $300.00 | $200.00 | $30.00 | $20.00 |
| Jun 27, 2014 | Craig Thor Kimmel | Review of ECF re summons returned executed (NOT BILLED) | 0.1 | 0.0 | $425.00 | $225.00 | $42.50 | $0.00 |
| Jun 30, 2014 | Dave Dambreville | Prepared Request for Entry of Clerk's Default. | 0.1 | 0.1 | $235.00 | $180.00 | $23.50 | $18.00 |
| Jul 17, 2014 | Christine Vargas | Filed REQUEST for Clerk's Entry of Default (NOT BILLED) | 0.1 | 0.0 | $165.00 | $80.00 | $16.50 | $0.00 |
| Jul 17, 2014 | Craig Thor Kimmel | Review Request for Entry of Default (NOT BILLED) | 0.1 | 0.0 | $425.00 | $225.00 | $42.50 | $0.00 |
| Jul 18, 2014 | Craig Thor Kimmel | Review Entry of Default | 0.1 | 0.1 | $425.00 | $225.00 | $42.50 | $22.50 |
| Aug 20, 2014 | Dave Dambreville | Prepare DJ motion, memo and COS | 1.0 | 1.0 | $235.00 | $180.00 | $235.00 | $180.00 |
| Sep 16, 2014 | Amy L. Bennecoff | E/E with client re status | 0.2 | 0.2 | $300.00 | $200.00 | $60.00 | $40.00 |
| Oct 13, 2014 | Amy L. Bennecoff | Review/revise DJ motion, Review bill and reduce rates and tasks using billing judgment | 0.4 | 0.4 | $300.00 | $200.00 | $120.00 | $80.00 |
| | | | **Original File Time** | **Reduced File Time** | | | **Original Bill Total** | **Reduced Bill Total** |
| | | | 7.5 | 6.8 | | | $2,797.00 | $1,778.00 |