**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEO MAY, ) | |
| ) | |
|     Plaintiff ) | **Case No.: 1:14-cv-00226** |
| ) | |
| v. ) | **DECLARATION OF** |
| ) | **ANGELA K. TROCCOLI** |
| VIRTUOSO SOURCING GROUP, INC., ) | |
| ) | |
|     Defendant ) | |
| ) | |

ANGELA K. TROCCOLI declares as follows:

1. I am the attorney for the Plaintiff. As such, I have personal knowledge of the facts contained in this declaration and if called to testify I could and would competently testify thereto.

**QUALIFCATIONS OF COUNSEL**

2. I am a senior attorney at Kimmel & Silverman, P.C. in Danielson, Connecticut.

3. My practice entails a variety of consumer credit and breach of warranty matters.

**BAR ADMISSIONS**

4. I have been admitted to practice law since 2002.

5 I am admitted to practice before the following State Courts: Commonwealth of Massachusetts since January 2002; the State of New Hampshire since April 2008 and the State of Connecticut since November 2008.

6. I am admitted in the following Federal Courts: the United States District Court for the District of Massachusetts since December 2002; The United States District Court for the District of New Hampshire since November 2009 and the United States District Court for the District of Connecticut since April 2011.

**PROFESSIONAL MEMBERSHIPS**

7. I am a member of the following Professional Associations: the New Hampshire Bar Association, the Connecticut Bar Association and the Hartford County Bar Association.

**AWARDS**

8. In 2010, 2011, 2012 and 2013, I was named New England Rising Star by Super Lawyers.

**QUOTED/FEATURED/CONTRIBUTED**

9. In August 2010, I was interviewed and quoted for an article by the New York Times regarding consumer issues, *Six Degrees of Anger of an Automaker*.

**MARKET RATE**

10. $300 represents my billing rate for consumer credit litigation matters for 2013. However, for this matter I voluntarily reduced my rate to $200.00. This represents a fair and reasonable market rate for an attorney with similar credentials and experience in this District.

**HOURS SPENT**

11.     I spent a total of 1.2 hours on this matter.  The total amount I billed to this matter is $240.00.

12.     The time spent prosecuting this matter by all professionals at my firm was both reasonable and necessary, in my professional opinion.  I believe my experience in consumer credit and fair debt litigation enabled me and my firm to be very efficient with my time in this matter.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct.

Executed on October 17, 2014 in Danielson, Connecticut.

*/s/* Angela K. Troccoli
Angela K. Troccoli, Esquire, Id# ct28597
Kimmel & Silverman, PC
*The New England Office*
136 Main Street, Suite 301
Danielson, CT 06239
(860) 866-4380- direct dial
(860) 263-0919- facsimile
atroccoli@creditlaw.com