**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEO MAY, ) | |
| ) | |
| Plaintiff ) | **Case No.: 1:14-cv-00226** |
| ) | |
| v. ) | **DECLARATION OF** |
| ) | **DAIVY P. DAMBREVILLE** |
| VIRTUOSO SOURCING GROUP, INC., ) | |
| ) | |
| Defendant ) | |
| ) | |

I, Daivy P. Dambreville, certify the following to be true and correct:

1. I am an adult individual, and admitted to practice in the states of New Jersey and Pennsylvania. I personally handled the preparation of certain documents in this matter.

2. I am a junior associate at the law firm of Kimmel & Silverman, P.C. in Ambler, Pennsylvania.

3. My practice is primarily focused on FDCPA litigation.

4. I have been admitted to practice law since March, 2014. I have been admitted to practice before the State of New Jersey Supreme Court since March 7, 2014; the Supreme Court of Pennsylvania since April 30, 2014; the United States District Court for the Eastern District of Pennsylvania since May 8, 2014; the United States District Court for the District of New Jersey since April 11, 2014; the United States District Court for the Northern District of Ohio on May 23, 2014, and the United States District Court for the Northern District of Illinois on July 11, 2014.

5. I have authored several articles on the subject of litigation, which have been published in national and regional legal publications.

6. I obtained a Bachelor of Arts in 2010 from Hunter College of the City University of New York, located in New York City.

7. I earned my Juris Doctor from the Pennsylvania State University, Dickinson School of Law in University Park, Pennsylvania in 2013.

8. Prior to joining Kimmel & Silverman P.C. in 2007, I was a law clerk for the Hon. Roxanne E. Covington in the Philadelphia Court of Common Pleas, First Judicial District.

9. My present billing rate is $235.00 per hour. However, for this matter my hourly rate was reduced to $180.00. That is a fair and reasonable market rate for an attorney of similar credentials and experience in consumer credit matters in this District.

10. I have spent a total of 1.1 hours on this matter. My time was primarily spent preparing pleadings in this matter.

11. The time litigating this matter was both reasonable and necessary in my professional opinion. I believe my experience in consumer credit and fair debt litigation enabled me to be very efficient with my time in this matter.

Pursuant to 28 U.S.C. 1746, I certify, under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By: /s/ Daivy P. Dambreville

DATED:  October 17, 2014
    Daivy P. Dambreville
    Kimmel & Silverman, P.C.
    30 E. Butler Pike
    Ambler, PA 19002
    Phone: (215) 540-8888
    Fax: (877) 788-2864
    Email: ddambreville@creditlaw.com

*Attorney for Plaintiff*