**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEO MAY, | ) |
|       Plaintiff | ) **Case No.: 1:14-cv-00226** |
| v. | ) |
| | ) **CERTIFICATE OF SERVICE** |
| VIRTUOSO SOURCING GROUP, INC., | ) |
|       Defendant | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I served a copy of the foregoing Motion for Default Judgment was served on the following person via U.S. Mail:

Virtuoso Sourcing Group, Inc.
3033 South Parker Road, Suite 1000
Aurora, CO 80014-2919

/s/ Craig Thor Kimmel
Craig Thor Kimmel

Dated: 10-17-14